JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DILCIA CRANDALL, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>MAXIM HEALTHCARE SERVICES, INC. a corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | CASE NO: 8:17-cv-01344-AB (Ex)<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITHOUT PREJUDICE |

1

[~~PROPOSED~~] ORDER DISMISSING ACTION WITHOUT PREJUDICE

1 **[~~PROPOSED~~] ORDER**

2  Having considered Plaintiff's Notice of Dismissal Without Prejudice Pursuant
3 to Rule 41(a), and for good cause shown, IT IS HEREBY ORDERED THAT:

4  1.  The Court hereby dismisses this action without prejudice.

5
6
7
8 DATED: August 15, 2017

 Hon. André Birotte Jr.
9 District Court Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
[~~PROPOSED~~] ORDER DISMISSING ACTION WITHOUT PREJUDICE